UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CR246 CDP |
| | ) | |
| TIMOTHY GRIMSHAW, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing as to defendant **Timothy Grimshaw** is set for **Thursday, November 5, 2009 at 1:00 p.m.** All objections to the presentence report must be filed no later than **October 15, 2009.** If testimony is expected counsel must notify the court at least one week before sentencing.

**IT IS FURTHER ORDERED** that the parties must file any sentencing memoranda no later than **October 29, 2009**, except that a response to a sentencing memorandum may be filed no later than **November 2, 2009.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of August, 2009.